**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Vision Technologies MArine, Inc | 19-11531 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| M/V/ DONNA J. BOUCHARD, Barge 272, in rem, and Bouchard Transportation Co., inc. | Release of Vessel |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V/ DONNA J. BOUCHARD and Barge 272
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Point Michel Anchorage, Mile 41.5 of the Mississippi River.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mallory G. Wynne
Gordon & Rees
909 Poydras St. Suite 1860
New Orleans, LA 70112

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
CIVIL DESK
TELEPHONE NUMBER: 504-589-3904
DATE: 7/6/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 34
District to Serve No. 34
Signature of Authorized USMS Deputy or Clerk: Elizabeth F. Varley
Date: 7/6/19

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Notified by email/phone w/ the ATTNY
Date: 7/6/19  Time: 1315 ☒ pm
Address (complete only if different than shown above)
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS
JDIS
19-11531 (2)

___ Fee
α Process
X Dktd
___ CtRmDep
___ Doc. No.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18